August 5, 1970

No. 70–54   Albert S. McLemore, CDR,
U. S. Navy v Honorable John Chafee,
The Secretary of the Navy and
RADM Joseph B. McDevitt, The
Judge Advocate General of the Navy.

ORDERED:
That said Petition be, and the same
is, hereby dismissed.   United States
v Snyder, 18 USCMA 480, 40 CMR
192 (1969).